# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| CRAIG MATTHEWS | CIVIL ACTION NO. 6:18-cv-1439 |
| VERSUS | JUDGE JUNEAU |
| SHERITA MATTHEWS, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the instant matter is **REMANDED** to the 16th Judicial District Court for the Parish of St. Mary, Louisiana, as this Court lacks subject matter jurisdiction over the entirety of the case. The Court makes no finding with respect to the defendants' Rule 12 Motion to Dismiss [Doc.8], as it is without jurisdiction to do so.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 24th day of April, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE